No. 97–7615. WHITFIELD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed in forma pauperis denied. See this Court's Rule 39.8. Petitioner is allowed until April 20, 1998, within which to pay the docketing fee

required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.